Entered on Docket
August 22, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed August 22, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re <br> Edward Lyle James, <br> Julie Lynn James, <br>         Debtors. | Case No. 12-48618 <br><br> Chapter 7 |

**MEMORANDUM REGARDING AUGUST 27, 2014 HEARINGS**

Two matters were set for hearing in the above-captioned case – (1) the debtors' Motion to Pay Broker (Docket No. 138) and (2) the Trustee's Report of Sale (Docket No. 145) and debtors' opposition thereto (Docket No. 146) through Notices of Hearing filed at Docket Nos. 147 and 148. Hearings in both matters were set for August 27, 2014 at 10:30 a.m., Oakland Courtroom 220. On August 19, 2014, counsel for the debtors filed two Notices to Court of Need to Stay All Proceedings (Docket Nos. 149 and 150) which appeared to concern both hearings described above by the manner in which the attorney linked those Notices to the previously described Notices of Hearing. On August 19, 2014, the debtors withdrew the Notice of Hearing at Docket No. 148 which concerned the Motion to Pay Broker. The Court notes that these filings

might result in confusion regarding which matters will be heard on August 27, 2014 and that the debtors' request that all proceedings be stayed would likely implicate the chapter 7 trustee's ability to administer the estate.  The Court hereby sets a **status conference** in the above-captioned case for **August 27, 2014 at 10:30 a.m.**, Courtroom 220.  The Court will require that Ms. Van Dusen appear at the hearing – she and any other party may appear by telephone.  The case will be called at the end of the Court's calendar.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Edward Lyle James |
| | Julie Lynn James |
| 3 | P.O. BOX 472 |
| | Byron, CA 94514 |
| 4 | |
| | Jan E. Van Dusen |
| 5 | Law Office of Jan Van Dusen |
| | 2340 Powell Street #293 |
| 6 | Emeryville, CA 94608 |
| 7 | Mariam S. Marshall |
| | Law Offices of Marshall and Ramos |
| 8 | 350 Frank H. Ogawa Plaza #603 |
| | Oakland, CA 94612 |
| 9 | |
| | John Kendall |
| 10 | 945 Morning Star Dr. |
| | Sonora, CA 95370 |
| 11 | |
| | Office of the U.S. Trustee/Oak |
| 12 | Office of the U.S. Trustee |
| | 1301 Clay St. #690N |
| 13 | Oakland, CA 94612 |