Entered on Docket
August 14, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed August 14, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
In re                           |
                                |    No. 12-48618
Edward Lyle James,              |
Julie Lynn James,               |
                                |    Chapter 7
                                |
         Debtors.               |
_____|
```

**MEMORANDUM AFTER HEARING ON APPLICATION FOR COMPENSATION**

The Chapter 7 Standing Trustee filed a Final Report and an Application for Compensation on May 26, 2015 (Doc. 158). Brenda Michelson filed a response, and requested payment of a real estate broker fee in connection with the sale of the Debtors' real property (Doc. 165). Debtors' former counsel, Jan Van Dusen, also filed two declarations in response to the Trustee's Application for Compensation (Doc. 164, 170). A hearing was held in the above captioned case on August 13,

1

2015.  The appearances made at the hearing are noted on the record.  At the conclusion of the hearing, the court approved the Trustee's Application.

Although the court concluded it was without power to award fees to the real estate broker on an administrative expense basis because claimant was never hired as a professional and could not be hired as a professional, the court suggested that it might be possible to pay the fee as an unsecured claim on the theory that there is a basis for the claim for the services rendered and there is an argument that the broker need not have been employed pursuant to 11 U.S.C. § 327.  Although the court indicated a willingness to extend the claims bar date which expired in the chapter 7 case on March 14, 2014 (Doc. 113), to permit broker to file an unsecured claim (a resolution with which the Trustee had no objection), on further reflection, the court notes that the "Debtors' Supplemental Application to Pay Broker the Funds Withheld by Trustee" filed on February 21, 2014 (prior to the claims bar date) appears to satisfy the requirements for an informal proof of claim in the case law in this circuit.  *See Cnty. Of Napa v. Franciscan Vineyards (In re Franciscan Vineyards),* 597 F.2d 181, 182-83 (9th Cir. 1979); *Sambo's Restaurants v. Wheeler (In re Sambo's),* 754 F.2d 811,

815 (9th Cir. 1984). Accordingly the court will not require the filing of any proof of claim by the broker.

**\*END OF MEMORANDUM\***

3

Case: 12-48618   Doc# 172   Filed: 08/14/15   Entered: 08/14/15 16:05:59   Page 3 of 4

**COURT SERVICE LIST**

Edward Lyle James
Julie Lynn James
P.O. BOX 472
Byron, CA 94514

John Kendall
945 Morning Star Dr.
Sonora, CA 95370

Mariam S. Marshall
Law Offices of Marshall and Ramos
350 Frank H. Ogawa Plaza #603
Oakland, CA 94612

Brenda Michelson
758 Franklin Dr.
Brentwood, CA 94513-6465

Jan Van Dusen
1501 Magnolia St.
Oakland, CA 94607

U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N